UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RYAN FRANCO, *individually and on behalf of himself and all others similarly situated*,

                    Plaintiff,

     -against-

FANDUEL INC., FANDUEL DEPOSITS, LLC, and DRAFTKINGS, INC.,

                    Defendants.
------------------------------------- x

ORDER

15 Civ. 9902 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The February 10, 2016 initial conference is hereby adjourned to March 30, 2016 at 9:30 a.m.

Dated: New York, New York
         January 26, 2016

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge